AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JACOB SIMPSON,

    Plaintiff,

v.

OFFICER LLOYD,

    Defendant,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV616-046

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on October 25, 2016, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, Plaintiff's complaint is DISMISSED without prejudice and this civil action stands CLOSED.

October 25, 2016
Date

Scott L. Poff
Clerk

*Cily Adams*
(By) Deputy Clerk